PD-0478-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/29/2015 4:50:31 PM
Accepted 5/1/2015 9:35:20 AM
ABEL ACOSTA
CLERK

PDR NO. _____

IN THE COURT OF CRIMINAL APPEALS
AT AUSTIN, TEXAS

FILED IN
COURT OF CRIMINAL APPEALS

May 1, 2015

ABEL ACOSTA, CLERK

LISA ANN BARFIELD, Appellant

VS.

THE STATE OF TEXAS, Appellee

*The Fourteenth Court of Appeals Case No. 14-13-00518-CR*

## APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

COMES NOW, LISA ANN BARFIELD, Appellant in the above-styled and numbered cause, by and through her Counsel of Record, **BRITTANY CARROLL LACAYO**, and files this her Motion to Extend to File a Petition for Discretionary Review and in support thereof would show this Court the following:

I.

Appellant was convicted of Driving While Intoxicated. The Fourteenth Court of Appeals affirmed the conviction in an opinion filed April 2, 2015. Petitioner did not file a Motion for Rehearing. Appellant's Petition for Discretionary Review is currently due to be filed by May 4, 2015. This is Appellant's first request for an extension of time. Appellant requests an extension of forty-five (45) days to file the petition.

Undersigned counsel was retained and filed an appearance of counsel at the time of filing this motion for extension of time. Counsel has had insufficient time to prepare a petition. For this reason, counsel requests this extension of time to prepare and file her petition.

II.

This request is not made for the purpose of delay, but rather this request is made to allow counsel adequate time to prepare Appellant's Petition for Discretionary Review. Appellant moves this Court for an order granting an extension of forty-five (45) days, or until June 18, 2015 for Appellant to submit the Petition for Discretionary Review in this case.

WHEREFORE, PREMISES CONSIDERED, Appellant moves this Court for an order granting an extension of forty-five (45) days, for Appellant to submit the Petition For Discretionary Review in this case.

Respectfully submitted,

*/s/ Brittany Carroll Lacayo*
BRITTANY CARROLL LACAYO
TBA No. 24067105
212 Stratford St.
Houston, Texas 77006
Telephone: (713) 504-0506
Facsimile: (832) 442-5033
Email: Brittany@bcllawfirm.com

COUNSEL FOR APPELLANT,
LISA ANN BARFIELD

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Motion for Extension of Time to File Appellant's Petition For Discretionary Review was served via hand delivery to the Harris County District Attorney's Office, Appellate Division, 1201 Franklin St., Houston, Texas 77002.

/s/ Brittany Carroll Lacayo
BRITTANY CARROLL LACAYO

PDR NO. _____

IN THE COURT OF CRIMINAL APPEALS
AT AUSTIN, TEXAS

LISA ANN BARFIELD, Appellant

VS.

THE STATE OF TEXAS, Appellee

**ORDER**

It is the order of this Court that the foregoing Motion for Extension of Time to File Appellant's Petition for Discretionary Review is GRANTED, and the deadline for filing Appellant's Petition for Discretionary Review is extended to _____, 201__.

SIGNED this the _____ day of _____, 201__.

_____
JUDGE PRESIDING